# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00356-JLK

UNITED STATES OF AMERICA,

    Petitioner,

v.

 IKSOO RYAN JUNG,

    Respondent.

---

## ORDER OF DISMISSAL

---

Kane, J.

The matter before me is the plaintiff's **Notice of Voluntary Dismissal of Case** (#6) filed April 21, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** (doc. #6) filed April 21, 2011, is **APPROVED.**

2. That the **Order To Show Cause** (#4) entered March 7, 2011, is **DISCHARGED.**

3. That the Show Cause hearing set for April 28, 2011, is **VACATED,** and

4. This action is **DISMISSED WITHOUT PREJUDICE.**

Dated April 21, 2011 at Denver, Colorado.

                                                    **BY THE COURT**:

                                                    *s/John L. Kane*
                                                    John L. Kane
                                                    United States District Judge